1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   rfinlay@wrightlegal.net
3  Todd E. Chvat, Esq., SBN 238282                JS 6
4  tchvat@wrightlegal.net
   4665 MacArthur Court, Suite 280
5  Newport Beach, CA  92660
6  Tel: (949) 477-5050; Fax: (949) 477-9200

7
   Attorneys for Defendant HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN
8  HOME MORTGAGE SERVICING, INC., a Delaware Corporation (erroneously
9  sued as AMERICAN HOME LOAN MORTGAGE SERVICING, INC., a
   California corporation) and DOE 1 Defendant HSBC Bank USA, National
10 Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series
11 2006-OP2 Asset Backed Pass-Through Certificates (erroneously sued as HSBC
   Bank USA, National Association)
12

13                    **UNITED STATES DISTRICT COURT**
14                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15
16 RICHARD L. KNICKERBOCKER, and      ) Case No.: 11-cv-06855-DSF-AGR
   SALOI A. KNICKERBOCKER, husband   )
17 and wife;                          ) **JUDGMENT**
                                      )
18              Plaintiffs,           )
19                                    )
        vs.                           )
20                                    )
21 AMERICAN HOME LOAN                 )
   MORTGAGE SERVICING, INC., a       )
22 California corporation, all persons )
23 unknown, claiming any legal or equitable )
   right, title, estate, lien, or interest in the )
24 property described in the complaint )
25 adverse to Plaintiffs' title, or any cloud on )
   Plaintiffs' title thereto; and DOES 1 to )
26 100, inclusive,                    )
27              Defendants.           )
                                      )
28                                    )
                                      )

                                -1-

_____
                      [PROPOSED] JUDGMENT

1  On June 20, 2012, the Court issued an Order granting Defendants
2  HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE
3  SERVICING, INC., a Delaware Corporation (erroneously sued as AMERICAN
4  HOME LOAN MORTGAGE SERVICING, INC., a California corporation) and
5  DOE 1 Defendant HSBC Bank USA, National Association as Trustee for ACE
6  Securities Corp. Home Equity Loan Trust, Series 2006-OP2 Asset Backed Pass-
7  Through Certificates (erroneously sued as HSBC Bank USA, National
8  Association) ("Defendants") Motion to Dismiss Plaintiffs' Third Amended
9  Complaint without leave to amend.
10  In connection therewith, IT IS HEREBY ORDERED that Plaintiffs' case is
11  DISMISSED WITH PREJUDICE.

13  IT IS SO ORDERED.

15  July 11, 2012                    _____
16                                    HON. DALE S. FISCHER,
17                                    UNITED STATES DISTRICT JUDGE